UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ROSARIO IVETTE,

                    Plaintiff,

                    20-CV-7004 (JMF) (BCM)

-v-

ORDER

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated December 3, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 8. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 12, 2021**. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 5, 2021
      New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge